JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ ZENDEJAS,<br><br>        Plaintiff,<br><br>    vs.<br><br>MATADORS COMMUNITY CREDIT UNION; and DOES 1 to 10,<br><br>        Defendants. | Case No.: 2:22-cv-00941-PA (SKx)<br><br>**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION** |

1 | Based on the request from Plaintiff and for good cause shown:

3 | IT IS HEREBY ORDERED that the entire action be dismissed without

5 | prejudice.

7 | SO ORDERED.

9 | DATED: May 19, 2022

_____
Percy Anderson
United States District Judge